Case: **2:25–cv–02454**
Assigned To : **Lipman, Sheryl H.**
Referral Judge: **Claxton, Charmiane G.**
Assign. Date : **4/25/2025**
Description: **Edwards–Bradford v.
WK Kelloggs**